## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO CRUZ JIMENEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1740 |
| | § | |
| LAURA OLIVIA GONZALEZ FLORES, | § | |
| | § | |
| Defendant. | § | |

## ORDER APPOINTING COUNSEL

The court finds that the interests of justice dictate that the defendant, Laura Olivia Gonzalez Flores have assistance of counsel. The following law firm and lawyers are appointed:

> Bracewell & Giuliani LLP
> 711 Louisiana Street, Suite 2300
> Houston, Texas  77002-2770
>
> Marcy E. Kurtz
> Phone: (713) 221-1206
> Mobile: (713) 826-6735
> Fax: (713) 221-2125
> marcy.kurtz@bgllp.com
>
> Andrew M. Edison
> Phone: (713) 221-1371
> Mobile: (713) 868-1659
> Fax: (713) 221-2144
> andrew.edison@bgllp.com

Although the court may request that an attorney represent a person unable to employ counsel, no funds have been appropriated by Congress for payment of assigned counsel.  Attorney fees, however, may be awarded by the court under certain circumstances.

Within ten (10) days from the date of this order, appointed counsel must enter an appearance on the defendant's behalf.

Counsel for the plaintiff will provide counsel for the defendant copies of all filings. A hearing is set on **June 15, 2007 at 4:30 p.m.** to discuss the status of the case and to set a schedule for any discovery that needs to be done.  A hearing is also set on **July 20, 2007 at 9:00 a.m.** on the plaintiff's petition.

SIGNED on May 25, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge